1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10   EMERY L. FRANKLIN, III,                    1:10-cv-00115-GSA (PC)

11                   Plaintiff,        ORDER TO SUBMIT APPLICATION
                                       TO PROCEED IN FORMA PAUPERIS
12        v.                           OR PAY FILING FEE WITHIN 45 DAYS

13   UNITES STATES,

14                   Defendant.
     _____/
15

16        Plaintiff is a federal prisoner proceeding pro se in a civil rights action pursuant to Bivens vs.

17   Six Unknown Agents, 403 U.S. 388 (1971).   Plaintiff has not paid the $350.00 filing fee, or

18   submitted an appropriate application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

19        Accordingly, IT IS HEREBY ORDERED that:

20        1.  The Clerk's Office shall send to plaintiff the form for application to proceed in forma

21   pauperis.

22        2.  Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

23   attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

24   the $350.00 filing fee for this action.   Failure to comply with this order will result in a

25   recommendation that this action be dismissed.

26        IT IS SO ORDERED.

27   Dated:   __January 28, 2010__          _____/s/ Gary S. Austin_____
                                            UNITED STATES MAGISTRATE JUDGE
28